UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH L. HAUGEN, ) | Civ. 12-4032-KES |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER DISMISSING CASE |
| TEA AREA SCHOOL DISTRICT; ) | |
| JERRY SCHUTZ, Superintendent; ) | |
| WENDY MOORHEAD, Administrative ) | |
| Assistant; ) | |
| BOARD MEMBERS OF DISTRICT; ) | |
| LYNN DEYOUNG, President; ) | |
| DUANE GORES, Vice President; ) | |
| KRISTY BAKER, Board Member; ) | |
| NIKKI WILKER, Board Member; and ) | |
| JOHN HERR, Board Member; ) | |
| ) | |
| Defendants. ) | |

Defendants move to dismiss this action because plaintiff, Kenneth L. Haugen, failed to file an amended complaint by April 27, 2012. This court ordered Haugen to file an amended complaint within thirty days of its order dated March 28, 2012. An amended complaint has not been filed, Haugen has not responded to the motion to dismiss, and the time to respond has passed. For good cause shown, it is

ORDERED that defendants' motion to dismiss without prejudice (Docket 10) is granted.

Dated February 27, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE